NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HEMOPET,**
*Plaintiff-Appellant*

**v.**

**HILL'S PET NUTRITION, INC.,**
*Defendant-Appellee*

---

2015-1218

---

Appeal from the United States District Court for the Central District of California in No. 8:12-cv-01908-JLS-JPR, Judge Josephine L. Staton.

---

**JUDGMENT**

---

FRANCES S. LEWIS, Susman Godfrey L.L.P., Los Angeles, CA, argued for plaintiff-appellant. Also represented by MARC M. SELTZER; JOSEPH SAMUEL GRINSTEIN, JOHN PIERRE LAHAD, Houston, TX.

BRYAN SCOTT HALES, Kirkland & Ellis LLP, Chicago, IL, argued for defendant-appellee. Also represented by DENNIS J. ABDELNOUR, ERIC DAVID HAYES, KRISTINA NICOLE HENDRICKS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, DYK, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


September 21, 2015        /s/ Daniel E. O'Toole
Date                    Daniel E. O'Toole
                            Clerk of Court